No. 425. WALLS MANUFACTURING CO., INC., v. NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Charles L. Morgan* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 429. SEAWAY BEVERAGES, INC., v. DILLON, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Mandel L. Anixter, Robert A. Sprecher, Joseph B. Danzansky* and *Raymond R. Dickey* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel* and *Elliott Moyer* for respondents.

No. 472, Misc. COPPINGER v. COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 507, Misc. BLOCKER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 461, Misc. LUKE v. PENNSYLVANIA RAILROAD CO. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Harold E. McCamey* for respondent.